IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **AMBER D. BROCK,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No. 4:07-CV-00632-NKL<br>) |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a trial by jury.

XX     Decision by Court. This action came to trial or hearing before the Court.

           The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on August 28, 2008: Brock's Petition [Docs. ## 1, 8] is DENIED.

                                                                     AT THE DIRECTION OF THE COURT

Dated: August 28, 2008                       P.L. BRUNE
                                                    Clerk

                                                    s/ RENEA KANIES
                                                    By: Renea Kanies, Courtroom Deputy